**Order entered September 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-19-00968-CV

---

### SRINIVAS "SINU" POHAR, Appellant

### V.

### KISHAN DHONDI, Appellee

---

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-03470-2018**

---

## ORDER

Although appellant initially indicated that there was no reporter's record, by letter dated September 26, 2019, he informs the Court that he has now requested the reporter's record from a hearing held on April 18, 2019. Because the time to file the reporter's record is past due, the Court, on its own motion, **ORDERS** Cindy Bardwell, Official Court Reporter for the 429th Judicial District Court, to file the reporter's record by **October 21, 2019**. Appellant's brief on the merits will be due within thirty days after the reporter's record is filed.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Bardwell and all parties.

/s/    ERIN A. NOWELL
          JUSTICE